**\*\*NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| VICTOR H. CANTU and<br>JAYME L. CANTU,<br><br>   *Plaintiffs,*<br><br>V.<br><br>BANK OF AMERICA, N.A. D/B/A<br>BAC HOME LOANS SERVICING, LP,<br>FEDERAL NATIONAL MORTGAGE<br>ASSOCIATION A/K/A FANNIE MAE,<br>and GREG BERTRAND, MIKE VESTAL,<br>SUBSTITUTE TRUSTEE,<br><br>   *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 4:13cv338<br>Judge Clark/Judge Mazzant |

## ORDER ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On August 20, 2013, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiffs' Motion for Temporary Restraining Order and Application for Temporary Injunction [Doc. #12] be denied at this time.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that Plaintiffs' Motion for Temporary Restraining Order and Application for Temporary Injunction [Doc. #12] is **DENIED.**

So **ORDERED** and **SIGNED** on September 19, 2013.

                                                              _____
                                                              Ron Clark, United States District Judge