**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| VICTOR H. CANTU and JAYME L. CANTU | § § § | |
| *Plaintiffs,* | § § | |
| V. | § § | CASE NO. 4:13cv338 Judge Clark/Judge Mazzant |
| BANK OF AMERICA, N.A. D/B/A BAC HOME LOANS SERVICING, LP, FEDERAL NATIONAL MORTGAGE ASSOCIATION A/K/A FANNIE MAE, and GREG BERTRAND, MIKE VESTAL, SUBSTITUTE TRUSTEE, | § § § § § § § | |
| *Defendants.* | § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On April 16, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants Bank of America, N.A. d/b/a BAC Home Loans Servicing, LP and Federal National Mortgage Association's Motion for Summary Judgment [Doc. #48] be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that Defendants Bank of America, N.A. and Federal National Mortgage Association's Motion for Summary Judgment [Doc. #48] is **GRANTED**, and Plaintiffs' case is **DISMISSED** with prejudice.

So **ORDERED** and **SIGNED** this **20** day of **May, 2014.**

_____
Ron Clark, United States District Judge